# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Casey Lee Urbatsch, | ) | Case No. 1:16-cr-190 |
| | ) | |
| Defendant. | ) | |

On June 16, 2020, the court conditionally released defendant pending the final hearing on the petition to revoke his supervised release. Among the release conditions imposed by the court was the requirement that defendant submit to home confinement with location monitoring.

On July 16, 2020, the United States filed a Motion to Amend Conditions of Release. Having consulted with defendant's supervising Pretrial Services Officer, it advises that home confinement with location monitoring of defendant is no longer necessary given defendant's satisfactory compliance with his conditions of release and supervision since being released on June 16, 2020. It requests that the court remove this condition.

There being no objection from defendant, the court **GRANTS** the United States' motion (Doc. No. 480). The court strikes the condition requiring defendant to submit to home confinement with electronic monitoring. All other conditions of release imposed by the court remain in effect.

**IT IS SO ORDERED.**

Dated this 20th day of July, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court